HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
MICHAEL DIAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 2:14-CR-00284-EFB |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER<br>) TO CONTINUE TRIAL |
| v. | ) |
| MICHAEL DIAZ, | ) DATE:  December 1, 2014<br>) TIME:   10:00 a.m.<br>) JUDGE: Edmund F. Brennan |
| Defendant. | ) |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBYN N. PULLIO, Special Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, attorney for defendant MICHAEL DIAZ that the Court vacate the trial confirmation hearing date of December 1, 2014 and the trial date of December 16, 2014, and set a new status conference date on January 15, 2015 at 2 p.m.

   The continuance is being requested because MICHAEL DIAZ is currently in custody at the Naval Consolidated Brig Miramar. Counsel is currently awaiting the ruling of a revocation hearing to be held there.

/ / /

Speedy trial time is to be excluded from the date of this stipulation through the date of the status conference proposed for January 15, 2015 at 2 p.m. pursuant to 18 U.S.C. § 3161 (h)(7)(A), (h)(7)(B)(iv), and (j) [defendant in custody]. The parties stipulate that the Court shall find that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: September 30, 2014         Respectfully submitted,

                                  HEATHER E. WILLIAMS
                                  Federal Defender

                                  */s/ Rachelle Barbour*
                                  For LINDA HARTER
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  MICHAEL DIAZ

Dated: October 8, 2014            BENJAMIN B. WAGNER
                                  United States Attorney

                                  */s/ Robyn N. Pullio*
                                  ROBYN N. PULLIO
                                  Special Assistant United States Attorney
                                  Attorney for Plaintiff

## O R D E R

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the trial confirmation hearing date of December 1, 2014 and the trial date of December 16, 2014 be vacated, and a status conference set for January 15, 2015 at 2 p.m. The Court orders that the time from the date of the parties stipulation, November 14, 2014, up to and including January 15, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A), (h)(7)(B)(iv), and (j) [defendant in custody].

**IT IS SO ORDERED.**

DATED: November 14, 2014          EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE