| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LINDA HARTER, #179741 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| 5 | Attorney for Defendant |
| | MICHAEL DIAZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:14-CR-00284-EFB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) TO CONTINUE STATUS CONFERENCE |
| MICHAEL DIAZ, | ) DATE: January 15, 2015 |
| | ) TIME: 2 p.m. |
| Defendant. | ) JUDGE: Edmund F. Brennan |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBYN N. PULLIO, Special Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, attorney for defendant MICHAEL DIAZ that the Court vacate the status conference date of January 15, 2015, and set a new status conference date on March 9, 2015 at 10 a.m.

The continuance is being requested because MICHAEL DIAZ is currently in custody at the Naval Consolidated Brig Miramar, and will be released by February 26, 2015.

/ / /

*U.S. v. Diaz*
Stipulation and Order

-1-

Speedy trial time is to be excluded from the date of this stipulation through the date of the status conference proposed for March 9, 2015 pursuant to 18 U.S.C. § 3161 (j) [defendant in custody].

Dated: January 8, 2015                    Respectfully submitted,

                                                HEATHER E. WILLIAMS
                                                Federal Defender

                                                */s/ Linda Harter*
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                MICHAEL DIAZ

Dated: January 8, 2015                    BENJAMIN B. WAGNER
                                                United States Attorney

                                                */s/ Robyn N. Pullio*
                                                ROBYN N. PULLIO
                                                Special Assistant United States Attorney
                                                Attorney for Plaintiff

## **O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference date of January 15, 2015 be vacated, and a status conference set for March 9, 2015 at 10 a.m. The Court orders that the time from the date of the parties stipulation, January 15, 2015, up to and including March 9, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (j) [defendant in custody].

**IT IS SO ORDERED.**

DATED: January 12, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

*U.S. v. Diaz*
Stipulation and Order                    -2-