# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| **MICHAEL A. DIAZ** | Case Number: **2:14CR00284-001** |
| | Defendant's Attorney: Amanda Seely (CLS), Linda Harter, Assistant Federal Defender |

**THE DEFENDANT:**

[✓] pleaded guilty to count __1__ of the First Superseding Information.
[ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature Of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 18 U.S.C. § 13<br>C.V.C. § 14601.2(a) | Driving When Privilege Suspended For Driving Under the Influence | 7/3/2014 | 1 |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___ and is discharged as to such count(s).
[ ] Count (s) ___ dismissed on the motion of the United States.
[ ] Indictment is to be dismissed by District Court on motion of the United States.
[✓] Appeal rights given.    [✓] Appeal rights waived.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

| | |
|---|---|
| | **3/19/2015** |
| | Date of Imposition of Judgment |
| | /s/ Carolyn K. Delaney |
| | Signature of Judicial Officer |
| | **Carolyn K. Delaney**, United States Magistrate Judge |
| | Name & Title of Judicial Officer |
| | 3/26/2015 |
| | Date |

AO 245B-CAED(Rev. 09/2011) Sheet 4 - Probation

DEFENDANT: **MICHAEL A. DIAZ**
CASE NUMBER: **2:14CR00284-001**

Page 2 of 5

## COURT PROBATION

The defendant is hereby sentenced to court probation for a term of: 1 year
.

[ ]

[ ]

[ ]

[ ]

[ ]

AO 245B-CAED(Rev. 09/2011) Sheet 4 - Probation

DEFENDANT: **MICHAEL A. DIAZ**  
CASE NUMBER: **2:14CR00284-001**

Page 3 of 5

# SPECIAL CONDITIONS OF PROBATION

1. The defendant shall comply with all terms and conditions of the three-year term of State probation imposed upon him by the Superior Court of California, County of Tuolumne, on August 20, 2014 in connection with Case No. CRM44459.

2. The defendant shall serve a term of imprisonment of 240 hours, to be completed within three months of sentencing. The court recommends the defendant be incarcerated at a facility in or near Atwater, California, but only insofar as this accords with security classification and space availability.

3. The defendant pay a $300 fine within six months of sentencing.

4. The defendant shall pay the $10.00 mandatory special assessment forthwith.

5. The defendant shall not operate a motor vehicle unless he possesses a valid driver's license and is in compliance with each and every restriction on such license.

6. If applicable, the defendant shall provide the United States Attorney's Office with all documentation relating to his obtaining a valid driver's license from all relevant sources including, but not limited to, the California Department of Motor Vehicles and any local, state or federal court, within ten days of coming into possession of such material.

7. The defendant shall not commit another federal, state, or local crime.

8. The defendant shall notify the United States Attorney's Office within seventy-two hours of being arrested.

9. The defendant shall notify the United States Attorney's Office ten days prior to any change in residence.

10. The defendant shall report to the U.S. Marshals Service for processing forthwith upon conviction.

AO 245B-CAED(Rev. 09/2011) Sheet 5 - Criminal Monetary Penalties

DEFENDANT: **MICHAEL A. DIAZ**  
CASE NUMBER: **2:14CR00284-001**

Page 4 of 5

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

|        | Assessment | Fine  | Restitution |
|--------|------------|-------|-------------|
| TOTALS | $10        | $300  |             |

[ ] The determination of restitution is deferred until ___ . An Amended Judgment in a Criminal Case (AO 245C) will be entered after such determination.

[ ] The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment colunm below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---------------|-------------|---------------------|------------------------|
| Totals        | $____       | $____               |                        |

[ ] Restitution amount ordered pursuant to plea agreement $ ___

[ ] The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ] The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  [ ] The interest requirement is waived for the    [ ] fine   [ ] restitution

  [ ] The interest requirement for the    [ ] fine   [ ] restitution is modified as follows:

[ ] If incarcerated, payment of the fine is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

[ ] If incarcerated, payment of the restitution is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B-CAED(Rev. 09/2011) Sheet 6 - Schedule of Payments

DEFENDANT: **MICHAEL A. DIAZ**  
CASE NUMBER: **2:14CR00284-001**

Page 5 of 5

# SCHEDULE OF PAYMENTS

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A. [ ] Lump sum payment of $ ___ due immediately, balance due

    [ ] Not later than ___, or

    [ ] in accordance [ ] C, [ ] D, [ ] E, or [ ] F below; or

B. [✓] Payment to begin immediately (may be combined with [ ] C, [ ] D, or [ ] F below); or

C. [ ] Payment in equal ___ (e.g. weekly, monthly, quarterly) installments of $ ___ over a period of __6 months__ (e.g. months or years), to commence __immediately__ (e.g. 30 or 60 days) after the date of this judgment; or

D. [ ] Payment in equal ___ (e.g. weekly, monthly, quarterly) installments of $ ___ over a period of ___ (e.g. months or years), to commence ___ (e.g. 30 or 60 days) after release from imprisonment to a term of supervision; or

E. [ ] Payment during the term of supervised release will commence within ___ (e.g. 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendants ability to pay at that time; or

F. [ ] Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ] Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:

[ ] The defendant shall pay the cost of prosecution.

[ ] The defendant shall pay the following court cost(s):

[ ] The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.