UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:14-cr-00284-CKD |
| Plaintiff, | ) **ORDER TO SHOW CAUSE AND ORDER TO ISSUE SUMMONS RE: PROBATION REVOCATION** |
| v. | |
| MICHAEL A. DIAZ, | |
| Defendant. | |

**ORDER TO SHOW CAUSE AND ISSUE SUMMONS**

It is Hereby Ordered that the defendant shall appear on April 7, 2016, at 9:30 a.m. to show cause why the probation granted on March 19, 2015, should not be revoked for the defendant's failure to comply with his Court-ordered probation.

///
///
///
///
///
///

It is further ordered that the Clerk's office shall issue a summons directing the defendant to appear on April 7, 2016, at 9:30 a.m.

IT IS SO ORDERED.

Dated: March 17, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE